Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 16−14672−KCF
Chapter: 13
Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Willie Worrill
   285 Lily Lane
   Freehold, NJ 07728

Social Security No.:
   xxx−xx−5694

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on November 15, 2016.

On 1/18/2018 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Kathryn C. Ferguson on:

Date:           February 28, 2018
Time:           10:00 AM
Location:       Courtroom 2, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: January 19, 2018
JAN: vpm

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                      Case No. 16-14672-KCF
Willie Worrill                                                              Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1              Date Rcvd: Jan 19, 2018
                              Form ID: 185             Total Noticed: 18

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 21, 2018.
db            +Willie Worrill,    285 Lily Lane,    Freehold, NJ 07728-4037
cr            +Specialized Loan Servicing LLC as servicing agent,    C/O Buckley Madole, P.C.,
                99 Wood Avenue South, Suite 803,    Iselin, NJ 08830-2713
516054339     +1st Crd Srvc,    One Woodbridge Cen Suite 410,    Woodbridge, NJ 07095-1151
516054340    ++ASPEN NATIONAL COLLECTIONS,    PO BOX 10689,    BROOKSVILLE FL 34603-0689
              (address filed with court: Aspen Coll,    Pob 5129,    Spring Hill, FL 34611)
516054341     +Bank of America Home Loans,    P.O. Box 5170,   Simi Valley, CA 93062-5170
516054343     +Santander Bank Na,    865 Brook St,    Rocky Hill, CT 06067-3444
516136175     +Santander Bank, N.A.,    601 Penn Street,    10-6438-FB7,    Reading, PA 19601-3563
516054344     +Specialized Loan Servicing, LLC,    PO Box 636005,    Littleton, CO 80163-6005
516142474     +The Bank of New York Mellon, Trustee (See 410),    c/o Specialized Loan Servicing LLC,
                8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
516054345      Wells Fargo Bank Nv Na,    2324 Overland Drive,    Dallas, TX 75266
516229669      Wells Fargo Bank, N.A.,    1 Home Campus X2303-01A,    Des Moines, IA 50328-0001
516054346     +Willowbend Condo Association,    PO Box 64148,    Phoenix, AZ 85082-4148
516128038     +Willowbend Condominium Association, Inc.,    c/o Cutolo Mandel LLC,
                151 Highway 33 East, Suite 204,    Manalapan, New Jersey 07726-8635

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Jan 20 2018 00:31:15     U.S. Attorney,    970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 20 2018 00:31:12      United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,    Suite 2100,
                Newark, NJ 07102-5235
516236849     +E-mail/PDF: cbp@onemainfinancial.com Jan 20 2018 00:32:40      One Main Financial Group LLC,
                6801 Colwell Bvld,    Mail Stop: NTSB 1310,    Irving, TX 75039-3198
516229961      E-mail/PDF: cbp@onemainfinancial.com Jan 20 2018 00:32:32      OneMain Financial Group, LLC,
                PO Box 70912,    CHARLOTTE, NC 28272-0912
516054342     +E-mail/PDF: cbp@onemainfinancial.com Jan 20 2018 00:32:32      Onemain,    Po Box 499,
                Hanover, MD 21076-0499
                                                                                               TOTAL: 5

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516229963*      OneMain Financial Group, LLC,    PO Box 70912,    CHARLOTTE, NC 28272-0912
                                                                                  TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 21, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 19, 2018 at the address(es) listed below:
              Albert  Russo    on behalf of Trustee Albert  Russo docs@russotrustee.com
              Albert  Russo     docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor   The Bank of New York Mellon FKA The Bank of New York,
               as Trustee for the certificateholders of the CWABS, Inc., Asset-Backed Certificates, Series
               2007-1 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Francesca Ann Arcure    on behalf of Creditor   Specialized Loan Servicing LLC as servicing agent
               for Deutsche Bank National Trust Company, as Trustee for IndyMac INDX Mortgage Loan Trust,
               Series 2004-AR6, Mortgage Pass-Through Certificates, Series nj_ecf_notices@buckleymadole.com,
               NJ_ECF_Notices@McCalla.com
              William H. Oliver, Jr.    on behalf of Debtor Willie  Worrill bkwoliver@aol.com,
               R59915@notify.bestcase.com
                                                                                               TOTAL: 5