Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 16−14672−KCF
Chapter: 13
Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Willie Worrill
   285 Lily Lane
   Freehold, NJ 07728

Social Security No.:
   xxx−xx−5694

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 2, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 4/24/19 at 09:00 AM

to consider and act upon the following:

*67* − Creditor's Certification of Default (related document:4 Motion re: Continuation of Automatic Stay filed by Debtor Willie Worrill, 14 Order (Generic), 18 Consent Order filed by Creditor Specialized Loan Servicing LLC as servicing agent for Deutsche Bank National Trust Company, as Trustee for IndyMac INDX Mortgage Loan Trust, Series 2004−AR6, Mortgage Pass−Through Certificates, Series, 50 Motion for Relief from Stay re: 285 Lily Ln, Freehold, NJ 07728. Fee Amount $ 181. filed by Creditor The Bank of New York Mellon FKA The Bank of New York, as Trustee for the certificateholders of the CWABS, Inc., Asset−Backed Certificates, Series 2007−1, 53 Order on Motion For Relief From Stay) filed by Denise E. Carlon on behalf of The Bank of New York Mellon FKA The Bank of New York, as Trustee for the certificateholders of the CWABS, Inc., Asset−Backed Certificates, Series 2007−1. Objection deadline is 04/4/2019. (Attachments: # 1 Proposed Order # 2 Exhibit "A" # 3 Exhibit "B" # 4 Certificate of Service) (Carlon, Denise)

Dated: 4/1/19

Jeanne Naughton
Clerk, U.S. Bankruptcy Court