UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1**
Denise Carlon, Esq.
KML Law Group, P.C.
216 Haddon Avenue, Suite 406
Westmont, NJ 08108
Main Number: (609) 250-0700
dcarlon@kmllawgroup.com
Attorneys for the Secured Creditor
Specialized Loan Servicing LLC as servicer for The Bank
of New York Mellon FKA The Bank of New York, as
Trustee for the certificateholders of the CWABS, Inc.,
Asset-Backed Certificates, Series 2007-1

In re:
Willie Worrill

                    Debtor

Case No:        16-14672 KCF

Chapter: 13

Hearing Date:

Judge:  KATHRYN C. FERGUSON

**Order Filed on April 30, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

| Recommended Local Form: | ☐ Followed | ☐ Modified |
|---|---|---|

# ORDER VACATING STAY

The relief set forth on the following page is hereby ordered **ORDERED**.

**DATED: April 30, 2019**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

Upon the motion of  <u>Specialized Loan Servicing LLC as servicer for The Bank of New York Mellon FKA The Bank of New York, as Trustee for the certificateholders of the CWABS, Inc., Asset-Backed Certificates, Series 2007-1</u>, under
Bankruptcy Code section 362(a) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

■　　　Real Property More Fully Described as:

**Land and premises commonly known as Lot 39.285C06, Block 86.22,    285 Lily Ln, Freehold NJ 07728**

☐　　　Personal Property More Fully Describes as:

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.