Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                    Case No.:  16−14672−MBK
                    Chapter:  13
                    Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Willie Worrill
   285 Lily Lane
   Freehold, NJ 07728

Social Security No.:
   xxx−xx−5694

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 8/7/19.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (7) days from the date of this Order.

    This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: August 8, 2019
JAN: kmf

                                                                                     Jeanne Naughton
                                                                                     Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 16-14672-MBK
Willie Worrill                                                          Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3        User: admin              Page 1 of 2           Date Rcvd: Aug 08, 2019
                            Form ID: 148             Total Noticed: 18

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 10, 2019.
```
db            +Willie Worrill,    285 Lily Lane,    Freehold, NJ 07728-4037
cr            +Specialized Loan Servicing LLC as servicing agent,    C/O Buckley Madole, P.C.,
               99 Wood Avenue South, Suite 803,    Iselin, NJ 08830-2713
516054339     +1st Crd Srvc,    One Woodbridge Cen Suite 410,    Woodbridge, NJ 07095-1318
516054340    ++ASPEN NATIONAL COLLECTIONS,    PO BOX 10689,    BROOKSVILLE FL 34603-0689
              (address filed with court: Aspen Coll,    Pob 5129,    Spring Hill, FL 34611)
516054343     +Santander Bank Na,    865 Brook St,    Rocky Hill, CT 06067-3444
516136175     +Santander Bank, N.A.,    601 Penn Street,   10-6438-FB7,    Reading, PA 19601-3563
516054344     +Specialized Loan Servicing, LLC,    PO Box 636005,    Littleton, CO 80163-6005
516142474     +The Bank of New York Mellon, Trustee (See 410),    c/o Specialized Loan Servicing LLC,
               8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
516054345      Wells Fargo Bank Nv Na,    2324 Overland Drive,    Dallas, TX 75266
516054346     +Willowbend Condo Association,    PO Box 64148,    Phoenix, AZ 85082-4148
516128038     +Willowbend Condominium Association, Inc.,    c/o Cutolo Mandel LLC,
               151 Highway 33 East, Suite 204,    Manalapan, New Jersey 07726-8635
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: usanj.njbankr@usdoj.gov Aug 09 2019 00:02:44     U.S. Attorney,    970 Broad St.,
               Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 09 2019 00:02:40     United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
               Newark, NJ 07102-5235
516054341     +EDI: BANKAMER.COM Aug 09 2019 03:38:00      Bank of America Home Loans,    P.O. Box 5170,
               Simi Valley, CA 93062-5170
516236849     +EDI: AGFINANCE.COM Aug 09 2019 03:38:00      One Main Financial Group LLC,    6801 Colwell Bvld,
               Mail Stop: NTSB 1310,    Irving, TX 75039-3198
516229961      EDI: AGFINANCE.COM Aug 09 2019 03:38:00      OneMain Financial Group, LLC,    PO Box 70912,
               CHARLOTTE, NC 28272-0912
516054342     +EDI: AGFINANCE.COM Aug 09 2019 03:38:00      Onemain,    Po Box 499,    Hanover, MD 21076-0499
516229669      EDI: WFFC.COM Aug 09 2019 03:38:00      Wells Fargo Bank, N.A.,    1 Home Campus  X2303-01A,
               Des Moines, IA 50328-0001
                                                                                              TOTAL: 7

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516229963*     OneMain Financial Group, LLC,    PO Box 70912,    CHARLOTTE, NC 28272-0912
517297998*    +The Bank of New York Mellon Trustee (See 410),    c/o Specialized Loan Servicing LLC,
               8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
                                                                                              TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 10, 2019                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 8, 2019 at the address(es) listed below:
```
              Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
              Albert   Russo    docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor   The Bank of New York Mellon FKA The Bank of New York,
               as Trustee for the certificateholders of the CWABS, Inc., Asset-Backed Certificates, Series
               2007-1 dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
```

```
District/off: 0312-3          User: admin              Page 2 of 2                 Date Rcvd: Aug 08, 2019
                              Form ID: 148             Total Noticed: 18
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          Francesca Ann Arcure    on behalf of Creditor    Specialized Loan Servicing LLC as servicing agent for Deutsche Bank National Trust Company, as Trustee for IndyMac INDX Mortgage Loan Trust, Series 2004-AR6, Mortgage Pass-Through Certificates, Series NJ_ECF_Notices@McCalla.com, NJ_ECF_Notices@McCalla.com

          William H. Oliver, Jr.    on behalf of Debtor Willie  Worrill bkwoliver@aol.com, R59915@notify.bestcase.com

                                                                                              TOTAL: 5